## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MATT DINERSTEIN, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>GOOGLE, LLC, a Delaware limited liability company, and THE UNIVERSITY OF CHICAGO MEDICAL CENTER, an Illinois not-for-profit corporation, THE UNIVERSITY OF CHICAGO, an Illinois not-for-profit corporation,<br><br>*Defendants*. | Case No. 1:19-cv-04311<br><br>Hon. Rebecca R. Pallmeyer |

## PLAINTIFF'S UNOPPOSED MOTION TO RESET HEARING DATE

Plaintiff Matt Dinerstein requests that the hearing date on the motion to strike class allegations, currently set for January 15, 2020 at 9:00 AM, be reset to January 30, January 31, or any future date at the Court's convenience, so that his lead counsel, Jay Edelson, can attend. In support thereof, he states:

1.      Defendants University of Chicago Medical Center and University of Chicago filed a Motion to Strike Class Allegations on November 13, 2019. (Dkt. 49.) The Motion is now fully briefed and is presently set for a hearing on January 15, 2020 at 9:00 AM.

2.      Mr. Edelson now has an unavoidable scheduling conflict for January 15, 2020 that was unanticipated at the time the hearing was scheduled. Mr. Edelson desires to attend the hearing personally due to the nature of the motion.

3.      Defendants do not oppose this request to reset the hearing date.

**WHEREFORE**, Plaintiff respectfully requests that the Court reset the January 15, 2020

hearing to January 30, January 31, or any other date at the Court's convenience, and grant any

further relief as may be appropriate and just.

Respectfully submitted,

**MATT DINERSTEIN,** individually and on
behalf of all other similarly situated,

Dated: January 8, 2020

By: /s/ Alexander G. Tievsky
One of Plaintiff's Attorneys

Jay Edelson
jedelson@edelson.com
Benjamin H. Richman
brichman@edelson.com
Christopher L. Dore
cdore@edelson.com
J. Eli Wade-Scott
ewadescott@edelson.com
Alexander G. Tievsky
atievsky@edelson.com
Michael W. Ovca
movca@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378
