# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Matt Dinerstein,

Plaintiff(s),

v.

Google, LLC. et al.,

Defendant(s).

Case No. 19 C 4311
Judge Rebecca R. Pallmeyer

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) Google, LLC., The University of Chicago, and The University of Chicago Medical Center
and against plaintiff(s) Matt Dinerstein

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge Rebecca R. Pallmeyer presiding, and the jury has rendered a verdict.
☐ tried by Judge Rebecca R. Pallmeyer without a jury and the above decision was reached.
☒ decided by Judge Rebecca R. Pallmeyer.

Date: 10/1/2020                                                Thomas G. Bruton, Clerk of Court

/s/ Nicole Fratto, Deputy Clerk