# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

April 1, 2021

*By the Court:*

| | |
|---|---|
| No. 20-3134 | MATT DINERSTEIN, <br> Plaintiff - Appellant <br><br> v. <br><br> GOOGLE, LLC, et al., <br> Defendants - Appellees |
| Originating Case Information: | |
| District Court No: 1:19-cv-04311 <br> Northern District of Illinois, Eastern Division <br> District Judge Rebecca R. Pallmeyer | |

  The court, on its own motion, ORDERS that the oral argument in this appeal, scheduled for Tuesday, May 18, 2021, is VACATED.

  form name: c7_Order_Arg_O_Vac(form ID: 223)