# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

CERTIFIED COPY
A True Copy
Teste:

_signature_

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

## FINAL JUDGMENT

July 11, 2023

Before

DIANE S. SYKES, *Chief Judge*
JOEL M. FLAUM, *Circuit Judge*
THOMAS L. KIRSCH II, *Circuit Judge*

| No. 20-3134 | MATT DINERSTEIN,<br>         Plaintiff - Appellant<br><br>v.<br><br>GOOGLE, LLC, et al.,<br>         Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:19-cv-04311<br>Northern District of Illinois, Eastern Division<br>District Judge Rebecca R. Pallmeyer ||

We accordingly modify the judgment to reflect a jurisdictional dismissal for lack of standing. As modified, the judgment is **AFFIRMED**. The above is in accordance with the decision of this court entered on this date. Costs to Defendants-Appellees.

_signature_

Clerk of Court

form name: c7_FinalJudgment   (form ID: 132)